**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VICTOR CAMARGO JUAREZ,

Plaintiff,

v.

MCDONALD'S OF KEYSTONE INC.,

Defendant.

Case No. 3:26-CV-00628-ART-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On August 13, 2026, the Court docketed Plaintiff's case initiating documents and an advisory letter to Plaintiff. (ECF Nos. 1, 2.) The Court sent this document to Plaintiff at his address listed on the document titled "Suit for EEOC Discrimination." (ECF No. 1-1.) On September 3, 2026, these documents were returned as undeliverable. (ECF No. 4.) Therefore, it appears Plaintiff is no longer at the address he provided to the Court. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. LR IA 3-1.

Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **Monday, October 5, 2026**, and failure to do so may result in this action being dismissed.

**IT IS FURTHER ORDERED** that this case is **STAYED** in its entirety until Plaintiff files a notice of change of address.

**IT IS SO ORDERED.**

**DATED**: September 4, 2026.

**UNITED STATES MAGISTRATE JUDGE**