**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VICTOR CAMARGO JUAREZ,

Plaintiff,

v.

MCDONALD'S OF KEYSTONE INC., *et al.*,

Defendants.

Case No. 3:26-CV-00628-ART-CLB

**ORDER RE PLAINTIFF'S ADDRESS**

On September 3, 2026, the Court received notice that documents filed on the docket in this case were returned as undeliverable to Plaintiff Victor Camargo Juarez's address. (ECF No. 4.) Thereafter, on September 4, 2026, the Court entered an order directing Plaintiff to update his address with the Court. (ECF No. 5.)

Based on the address previously listed on the docket and Plaintiff's letter filed with the Court on October 7, 2026, (ECF No. 10), it appears the docket incorrectly listed Plaintiff's zip code. The docket has now been updated to correctly reflect Plaintiff's full address. Thus, Plaintiff does not need to take any further action regarding his address and this case will be processed in the ordinary course.

**IT IS SO ORDERED**.

**DATED**: October 8, 2026.

**UNITED STATES MAGISTRATE JUDGE**